**Order filed September 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00162-CV

_____

## KAREN  ACKERMANN, Appellant

## V.

## PREVENTATIVE PEST CONTROL HOUSTON, LLC AND NICHOLAS ANTHONY CHARLES, Appellees

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-01076**

---

## ORDER

The reporter's record in this case was due July 24, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Bartek, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Frost, Jewell, and Bourliot.